# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Harold A. Ackerman, U.S.D.J. |
| v. | Crim. No. 07-784 (HAA) |
| DAVID DELLE DONNA and ANNA DELLE DONNA | **ORDER** |

This matter having been brought before the Court on the application of the defendant, David Delle Donna, through his attorney, Ralph J. Lamparello, Esq., to bar the statement of Anna Delle Donna made to the Federal Bureau of Investigation Agent Jennifer Schick on January 25, 2007, on the grounds that same is violative of *Bruton v. United States*, 391 U.S. 123 (1968), and the United States appearing in opposition thereto, Richard Constable and Thomas R. Calcagni, Assistant United States Attorneys, and in the presence of co-defendant Anna Delle Donna, Brian J. Neary, Esq., attorney, and the Court having considered the statement in question of Anna Delle Donna, the legal memorandum of the Government and the defendants, and oral argument, and the Court having placed its decision on the record on April 14, 2008, and good cause having been shown,

It is on this 15th day of April, 2008,

ORDERED that the Government is barred from using the statement of Anna Delle Donna to F.B.I. Agent Schick for the reasons set forth in the Court's oral opinion as set forth on the record on April 14, 2008.

_____
Honorable Harold A. Ackerman, U.S.D.J.