# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID DELLE DONNA and<br>ANNA DELLE DONNA | Hon. Harold A. Ackerman, U.S.D.J.<br><br>Crim. No. 07-784 (HAA)<br><br>**ORDER APPOINTING COUNSEL<br>UNDER THE<br>CRIMINAL JUSTICE ACT** |

This matter having been brought before the Court on October 24, 2008, on the application of the defendant, David Delle Donna, through his attorney, Ralph J. Lamparello, Esq., Chasan Leyner & Lamparello, attorneys, for the appointment of assigned counsel under the *Criminal Justice Act* with respect to any appeal of the conviction in the above captioned matter, and the United States having received notice of this application, Richard Constable and Thomas R. Calcagni, Assistant United States Attorneys appearing, and the Court having considered the defendant's financial status as set forth in the Pre-Sentence Report, and good cause having been shown,

It is on this 29th day of October, 2008,

ORDERED that Ralph J. Lamparello, Esq., be appointed as assigned counsel under the *Criminal Justice Act* for David Delle Donna for the purposes of any appeal.

_____
Honorable Harold A. Ackerman, U.S.D.J.